1  **TROUTMAN SANDERS LLP**
   Chad R. Fuller, Bar No. 190830
2  chad.fuller@troutmansanders.com
   Virginia Bell Flynn (admitted *pro hac vice*)
3  virginia.flynn@troutmansanders.com
   11682 El Camino Real, Suite 400
4  San Diego, CA 92130-2092
   Telephone:  858-509-6000
5  Facsimile:   858-509-6040

6
   Attorneys for Defendant
7  OCWEN LOAN SERVICING, LLC

8                  **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

| Jacqueline Selby, | Case No. 3:17-cv-973 CAB BLM |
|---|---|
| Plaintiff, | **NOTICE OF MOTION AND MOTION BY DEFENDANT TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | |
| Ocwen Loan Servicing, LLC, | **[Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(6)]** |
| Defendant. | Date:   October 6, 2017<br>Dept:   13A<br>Judge:  Hon. Cathy Ann Bencivengo |
| | **PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant Ocwen Loan Servicing, LLC, by its attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) moves the Court to dismiss Plaintiff's Second Amended Complaint filed on August 17, 2017 (Doc. No. 29) for failure to state a claim.

\\

\\

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

CASE NO. 3:17-cv-973 CAB BLM
DEFENDANT'S NOTICE OF MOTION & MOTION TO DISMISS SECOND AMENDED COMPLAINT

# **MOTION**

Ocwen hereby moves this Court for an order dismissing Plaintiff's claims pursuant to Rules 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure as to counts I-IV for alleged violation of the Telephone Consumer Protection Act (TCPA); the Rosenthal Fair Debt Collections Practices Act (RFDCPA); and negligence.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support of the Motion, the pleadings and papers on file herein, and such other matters as may be presented to the Court.

Dated: September 1, 2017      Respectfully submitted,

**OCWEN LOAN SERVICING, LLC**

**TROUTMAN SANDERS LLP**

By:/s/ *Chad R. Fuller*
    Chad R. Fuller
    Virginia Bell Flynn (admitted *pro hac vice*)
    *Attorneys for Defendant*
    OCWEN LOAN SERVICING, LLC

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

- 2 -      CASE NO. 3:17-cv-973 CAB BLM
DEFENDANT'S NOTICE OF MOTION & MOTION TO DISMISS SECOND AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on September 1, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Civil Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

*/s/ Chad R. Fuller*
Chad R. Fuller
chad.fuller@troutmansanders.com

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

-3-   CASE NO. 3:17-cv-973 CAB BLM
DEFENDANT'S NOTICE OF MOTION & MOTION TO DISMISS SECOND AMENDED COMPLAINT
32435892