

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacqueline Selby | Civil Action No. 17-cv-0973-CAB-BLM |
| **Plaintiff,** | |
| V. | |
| Ocwen Loan Servicing, LLC | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The remaining claims are Dismissed Without Prejudice for lack of subject matter jurisdiction. The Clerk of Court shall Close this case. It Is So Ordered.

Date: 12/11/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy